IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SPECIALTY BOOKS, INC.,<br><br>           Plaintiff,<br><br>vs.<br><br>AMERICAN INSTITUTE OF<br>ALTERNATIVE MEDICINE, INC.,<br><br>           Defendant. | 8:14CV107<br><br>ORDER |

This matter is before the court on the parties' Joint Dismissal with Prejudice (Filing No. 33). The court finds that the parties' stipulation should be adopted.

**IT IS ORDERED** that the parties' stipulation (Filing No. 33) is adopted and this case is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated this 20th day of May, 2015.

                                            BY THE COURT:

                                            s/ Thomas D. Thalken
                                            United States Magistrate Judge